UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YALFRISON ENRIQUE DURAN-RODRIGUEZ,<br><br>                                Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>                                Respondents. | Case No.: 25-cv-03096-CAB-DEB<br><br>**ORDER REQUIRING A BOND HEARING**<br><br>[Doc. No. 1] |

Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Yalfrison Enrique Duran-Rodriguez ("Petitioner"). [Doc. No. 1 ("Petition").] Petitioner asserts he is being detained by Immigration and Customs Enforcement ("ICE") without a bond hearing in violation of 8 U.S.C. § 1226(a) and the Fifth Amendment. [*Id.* at 7–10.]

On December 19, 2025, Respondents filed a Supplemental Brief stating that:

Petitioner appears to be a member of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025). The *Bautista* court has entered final judgement as to the Bond Eligible Class. *Bautista*, [Doc. No.] 94. Accordingly, Respondents acknowledge that Petitioner is detained under 8 U.S.C. § 1226(a) and [is] entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a).

[Doc. No. 10 at 2.]

The Court thus **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations by **January 5, 2026**. Respondents are further **ORDERED** to update this Court on the status of Petitioner's bond hearing by **January 7, 2026**. Once Respondents confirm Petitioner has received an individualized bond hearing, the Court will dismiss the case.

It is **SO ORDERED.**

Dated: December 22, 2025

Hon. Cathy Ann Bencivengo
United States District Judge